**CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS**

**APPELLATE NO.**

TRIAL COURT NO. <u>CV-02073-13-02</u>

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/16/2015 9:40:41 AM
PAM ESTES
Clerk

<u>LUFKIN INDUSTRIES, INC. VS.</u>　　　　　　159TH JUDICAL DISTRICT COURT

<u>INTERNATIONAL BUSINESS MACHINES</u>　　　　　COURT OF

<u>CORP. AND KAT & ASSOC., INC.</u>　　　　　ANGELINA COUNTY, TEXAS

<u>D/B/A FIDELIS ENTERPRISE SOLUTIONS</u>

**The records of my office reflect the following information in this case:**

CASE TYPE:　　　　　CONTRACT/OTHER

JUDGMENT OF APPEALABLE ORDER SIGNED: <u>09/10/2015</u>

MOTION FOR NEW TRIAL FILED:

NOTICE OF APPEAL FILED: <u>09/10/2015</u>

REQUEST FOR FINDINGS OF FACT:

DATE REQUEST FOR REPORTER'S RECORD FILED:

PRESIDING TRIAL COURT JUDGE: <u>HON. PAUL E. WHITE</u>

TRIAL COURT REPORTER(S): <u>WHITNEY HARRY</u>

WAS APPELLANT DELCARED INDIGENT?　　YES　　√ NO

APPELLEE'S COUNSEL IS:　√ Retained　　Appointed　　Pro se

APPELLEE'S ATTORNEY:　SCOTT C. SKELTON

ADDRESS: 1616 S. CHESTNUT ST.
LUFKIN, TX 75901

TELEPHONE: 936-632-3381　　　FAX: 936-632-6545

BAR NUMBER: 00784979

APPELLEE'S ATTORNEY: JIM WETWISKA

ADDRESS: 1111 LOUISIANA, 44TH FLOOR
HOUSTON, TX 77002

TELEPHONE: 713-220-5800　　　FAX: 713-236-0822

BAR NUMBER:　00785223

**\*APPELLANT'S ATTORNEY:  PAUL R. YETTER**

**ADDRESS:  909 FANNIN, STE. 3600
HOUSTON, TX 77010**

**TELEPHONE:  713-632-8000          FAX:  713-632-8002**

**BAR NUMBER:  22154200**

**\*APPELLANT'S ATTORNEY:  REAGAN W. SIMPSON**

**ADDRESS:  909 FANNIN, STE. 3600
HOUSTON, TX 77010**

**TELEPHONE: 713-632-8000          FAX:  713-632-8002**

**BAR NUMBER:  18404700**

**DATED THIS 16TH DAY OF SEPTEMBER, 2015.**



**Reba D. Squyres
Angelina County, District Clerk
/S/Robin J. Crain, Deputy Clerk**

**(Complete in duplicate – Original to 12ᵗʰ Court of Appeals/Trial Court)
1517 W. Front St., Suite 354, Tyler, TX 75702**

**\*\*PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM.
PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IN COMPLETE.
THANK YOU.**

No. CV-02073-13-02

| | | |
|---|---|---|
| LUFKIN INDUSTRIES, INC., Plaintiff, | § § § | IN THE DISTRICT COURT OF |
| v. | § § | ANGELINA COUNTY, TEXAS |
| INTERNATIONAL BUSINESS MACHINES CORP., et al., Defendant. | § § § § | 159TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, defendant International Business Machines Corporation ("IBM") hereby gives notice of its intent to appeal. IBM desires to appeal the trial court's Final Judgment signed on September 10, 2015, together with all written orders, rulings, and rulings by operation of law adverse to IBM, including but not limited to the denial of IBM's motions for directed verdict, IBM's overruled charge objections, IBM's denied requests for inclusion in the charges, denials of IBM's motions to strike expert witnesses, and denials of IBM's motions to disregard jury answers and for judgment notwithstanding the verdict. This appeal is taken from the 159th District Court of Angelina County, Texas, the Honorable Paul White presiding, and is taken to the Twelfth Court of Appeals in Tyler, Texas and to the Texas Supreme Court, if necessary.

1

Respectfully submitted,

YETTER COLEMAN LLP

By: _____

Reagan W. Simpson
State Bar No. 18404700
Marc Tabolsky
State Bar No. 24037576
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)
rsimpson@yettercoleman.com
mtabolsky@yettercoleman.com

ATTORNEYS FOR DEFENDANT IBM

## CERTIFICATE OF SERVICE

I certify that, on September 10, 2015, this document was served on the following counsel for plaintiff by electronic means:

Murry B. Cohen
mcohen@akingump.com
Jim Wetwiska
jwetwiska@akingump.com
Holli Pryor-Baze
hpryorbaze@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana, 44th Floor
Houston, Texas 77002

Scott C. Skelton
sskelton@skeltonslusher.com
SKELTON SLUSHER BARNHILL WATKINS WELLS
1616 South Chestnut Street
Lufkin, Texas 75901

_____
Reagan W. Simpson

2

CAUSE NO. CV-02073-13-02



| | | |
|---|---|---|
| LUFKIN INDUSTRIES, INC., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ANGELINA COUNTY, TEXAS |
| | § | |
| INTERNATIONAL BUSINESS MACHINES | § | |
| CORPORATION, KAT & ASSOCIATES, | § | |
| INC. d/b/a FIDELIS ENTERPRISE | § | |
| SOLUTIONS, REQUIS LLC AND | § | |
| BILLY PETERS | § | |
| | § | |
| Defendants. | § | 159th JUDICIAL DISTRICT |

## FINAL JUDGMENT

On May 5, 2015, the above-captioned case was called to trial. Plaintiff Lufkin Industries, LLC (f/k/a Lufkin Industries, Inc.) ("Lufkin" or "Plaintiff") appeared by representatives and by counsel and announced ready for trial. Defendant International Business Machines Corporation ("IBM" or "Defendant") appeared by representatives and by counsel and announced ready for trial. A jury having been demanded, a panel was sworn by the Court and examined by the parties, and a jury was thereafter sworn and impaneled.

Plaintiff's case in chief began May 5, 2015 and continued until May 21, 2015. Defendant presented its case in chief on May 21, 2015. Thereafter, Defendant rested, and Plaintiff and Defendant closed.

On May 22, 2015, the jury received the Court's charge and after deliberation returned its verdict, which is incorporated by reference as though set forth fully herein. The jury's verdict is in favor of the Plaintiff and against Defendant, and the Court enters the following judgment.

It is ORDERED that the jury having found for Plaintiff and against Defendant on Plaintiff's claim for fraudulent inducement, Plaintiff shall have and recover judgment against Defendant International Business Machines Corporation for $21,000,000.00; it is further

1

ORDERED that Plaintiff shall recover prejudgment interest against Defendant International Business Machines Corporation on $21,000,000.00 at the rate of 5% per year from January 18, 2013 until the date this judgment is signed, a total of $2,776,025.10 (965 days multiplied by $2,876.71 per day); it is therefore

ORDERED that Plaintiff have and recover from Defendant the total sum of $23,776,025.10 ($21,000,000.00 plus prejudgment interest of $2,776,025.10; it is further

ORDERED that post-judgment interest shall accrue on the total amount of this judgment at the rate of five percent (5%) per year, compounded annually, from the date of this judgment until paid; it is further

ORDERED that all costs of court are hereby adjudged against Defendant and in favor of Plaintiff, as the prevailing party.

In Question 4, the jury found Defendant liable for fraud, and in Question 6, regarding damages for Defendant's fraud, the jury found that the amount of $6,000,000.00 "would fairly and reasonably compensate [Plaintiff] for its damages, if any, that resulted from [Defendant]'s wrongful acts." The Court is of the opinion that sufficient evidence supports these findings. Accordingly, if Plaintiff had elected to recover for fraud, the Court would have rendered judgment for Plaintiff against IBM for $6,000,000.00 plus prejudgment interest at 5% per year from January 18, 2013 until the date of this judgment, and additionally for post-judgment interest at 5% per annum compounded annually on the sum of those amounts from the date of this judgment until paid; it is therefore

ORDERED that a judgment for fraud is granted to Plaintiff and against Defendant in the alternative only, and that alternative judgment for fraud shall be the Court's judgment if the judgment above for fraudulent inducement is reversed by an appellate court; it is further

2

ORDERED that this judgment finally disposes of all parties and claims and is appealable, that Plaintiff shall have all writs and processes necessary for enforcement, and that all relief not granted herein is denied.

Signed _September 10_, 2015.

PAUL E. WHITE, JUDGE PRESIDING

3

# CIVIL DOCKET SHEET

**Date:** 02/05/2013
**Cause:** CV-02073-13-02
**Action:** Contract - Other

LUFKIN INDUSTRIES, INC. VS
INTERNATIONAL
BUSINESS MACHINES CORP. AND KAT
& ASSOC.
INC. D/B/A FIDELIS ENTERPRISE
SOLUTIONS

**Plaintiff:**
LUFKIN INDUSTRIES, INC.

**Attorney:**
JIM WETWISKA & SCOTT SKELTON

**Defendant:**
INTERNATIONAL BUSINESS
MACHINES, CORP.
KAT & ASSOCIATES, INC.
REQUIS LLC
BILLY PETERS

**Attorney:**

ALAN L. BUSCH

K Scott Brazil

| DATE | ORDERS OF THE COURT |
|------|---------------------|
| 7-23-13 | Signed Agreed Protective Order — AN |
| 5-8-13 | Signed Agreed ... — AN |
| 3-17-14 | Signed Agreed Revised PCO — AN |
| 5-30-14 | Signed Revised Agreed PCO → Nov 2014 Trial — AN |
| 7-24-14 | Conducted hearing on Ps Motion to Compel: Counsel appeared & presented argument; Ruled D to answer Interrog #1 re witnesses by 5pm on 7-25-2014; as to R/Production #7, 8, 9, granted "limited" request for "reviews/analysis from implementation", subject to case authority from D re "reliance disclaimer" barring "fraudulent inducement"; as to R/Production #15, granted w/ limitation of 2007 – March 2010 for (2) prior clients, subject to "reliance disclaimer" cases. |
| 7-24-14 | Conducted hearing on SAP Motion to Quash/Protective Order: Counsel appeared; Denied Motion to Quash, subject to case authority that service upon registered agent not sufficient; granted Motion for Protection: (1) depo @ corp office or SAP counsel office in Plano; (2) limited duration of document 2009-2011; (3) electronic documents tendered before pre-depo & hard copies at time if no electronic. 30 days documents / 15 day depo. AN |

# CIVIL DOCKET SHEET

**Date:** 02/05/2013
**Cause:** CV-02073-13-02
**Action:** Contract - Other

LUFKIN INDUSTRIES, INC. VS
INTERNATIONAL
BUSINESS MACHINES CORP. AND KAT
& ASSOC.
INC. D/B/A FIDELIS ENTERPRISE
SOLUTIONS

**Plaintiff:**
INC. LUFKIN INDUSTRIES

**Attorney:**
SCOTT C. SKELTON

**Defendant:**
INTERNATIONAL BUSINESS
MACHINES, CORP.
KAT & ASSOCIATES, INC.
REQUIS LLC
BILLY PETERS
SAP AMERICA INC

**Attorney:**
R. PAUL YETTER

ALAN L. BUSCH
RONALD W. JOHNSON
K. SCOTT BRAZIL

| DATE | ORDERS OF THE COURT |
|------|---------------------|
| 8-13-14 | Signed Order re P's Motion to Compel (granted re "Notice/knowledge element) & Order Extending Disclosure → 10/3/14 — AW |
| 8-13-14 | Sent Fax Letter to Counsel w/ Order re Motion to Compel & inquiry re status of SAP Motion to Quash/Protection — AW |
| 8-29-14 | Conducted Status hearing by T/Conference: Counsel for P, D, SAP & Requis Appeared; P & SAP continued resolution of 7-24 hearing date; D may require additional time for "Sales data" to P. Ordered but DCO by 9-4-14 on separate Order for Ct decision. — AW |
| 9-5-14 | Signed Third Agreed DCO & Plan — AW |
| 9-15-14 | Conducted hearing on Discovery Motions: Counsel for all parties Appeared & rulings made: |

9

# CIVIL DOCKET SHEET

Date:                          Style:   Lufkin Industries v. IBM, et al

Cause: CV-02073-13-02

Action:

Plaintiff:                          Defendant:

Plaintiff's Attorney:               Defendant's Attorney:

| Date | Orders of the Court |
|---|---|
| 9-15-14 | Continuation... I. P's Motion to Compel IBM Compliance w/ Rule 11 Agreement: IBM confirmed after "diligent search" none responsive to requests; II. IBM Motion to Compel: (A) Fidelis Settlement Agreement: Deferred ruling for in camera review of settlement & Skout supplemental reports (included to Order disclosure) (B) Due Diligence documentation re SAP project. Ruled 30 days to disclose whatever documentation & underlying communication & matters placed by LI in "document room" for GE due diligence review. III. P's Motion for Protection re subpoena duces tecum to 3rd parties: (A) Fidelis: Granted motion as to #3 Settlement Negotiations; deferred as to #4 re Settlement Agreement. (B) Eckhardt/Kramer: Granted motion, limiting scope to (1) Co-existing management initiatives & (2) implementation of SAP. (C) Irani/Sapata: Granted motion, limiting scope to end date of 12-31-13 & all documentation relating to invoices that basis of P's damage model. |

Date:

Cause: CV-02073-13-02

Style: Lufkin Industries v. IBM, et al

Action:

Plaintiff:                                        Defendant:

Plaintiff's Attorney:                    Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 9-15-14 | Continuation ... |
| | (D) PriceWaterhouse Coopor & Simmons: Granted Motion, limiting to due diligence assessment re SAP Project. |
| | (E) Order for Appointment of Commissioner for Ehrhardt depo — granted — AW |
| 9-19-14 | (same) Appointment of Commissioner for Krames depo — AW |
| 12-22-14 | sent ✓ to atty Skeltons + Counsel re MSJ hearing — AW |
| 1-8-15 | Conducted hearing on Pre-Trial Motions: |
| | #1: IBM Motion to Quash Depo of Van Kaalingen: Granted w/ D to designate corp rep. by 9th w/ responses by 12th re Date |
| | #2: IBM Motion (No-Evidence) for Partial Summary Judgment: Deferred ruling |
| | #3: P Motion for Summary Judgment on D, IBM Affirmative Defenses: Deferred ruling |
| | #4: P Motion for Continuance re IBM Motion for Partial Summary Judgment: Granted & reset for 1/26 hearing |
| | #5: D, Reeves No-Evidence Motion for J/Judgment — AW |
| 1-8-15 | Sent ✓ Notice to Counsel re Pre-Trial Hearings on 1-26 & 1-29 — AW |
| 1-16-15 | Conducted T/C Hearing on D, IBM Motion for Continuance: Granted Continuance from 2-2-15 setting, w/ trial date to be determined after next hearing — AW |

# CIVIL DOCKET SHEET

Date:                                    Style:

Cause:

Action:

Plaintiff:                               Defendant:

Plaintiff's Attorney:                    Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 1-16-15 | Signed Agreed Order re P's Obj & Protective Order on IBM subpoena to Simmons & Company — RW |
| 1-16-15 | Signed Agreed Order re P's Objections on IBM subpoena to KPIT Infosystems — RW |
| 1-16-15 | Signed Agreed Order re P's Objections & Motion for Protective Order on IBM subpoena to Finance Enrichment — RW |
| 1-16-15 | Signed Agreed Order on P's Objections & Protective Order on IBM subpoena to KAT & Associates (Finrut) — RW |
| 1-16-15 | Signed Agreed Order on P's Objections to IBM subpoena to iGate Technologies — RW |
| 1-16-15 | Signed Agreed Order on IBM Motion to Compel — RW |
| 1-16-15 | Sent of Notice to Counsel re Pre-Trial Hearing on 1/26 — RW |
| 1-22-15 | Sent Letter to Counsel w/ copies of (5) Orders: |
| | (1) Order Granting Continuance |
| | (2) Order Granting IBM Motion to Quash Van Kooten depo |
| | (3) Order Denying IBM Motion for Partial S/J (No Evidence) |
| | (4) Order Denying P's MSJ re D's Affirmative Defenses |
| | (5) Order Denying D Again MSJ — RW (No Evidence Motion) |
| 1-26-15 | Conducted Pre-Trial Hearing: Parties Appeared by Counsel & heard (2) Motions. |
| | (I) IBM Motion to Compel re Agreed Order as to Izato documents: Ordered Izato (30) days to produce emails on Izato server & (5) identified Izato ees using LI address. |

(II) IBM Motion to Compel following Agreed Order re Successful SAP Implementation: Ordered IBM to designate discovery request w/ specificity & P Counsel to confirm status of response. Also P counsel asked to ID date of "no significant problem" — RW

# CIVIL DOCKET SHEET

Date:                                   Style:  LUFKIN INDUSTRIES
Cause: CV-02073-13-02                           v.
Action:                                         IBM

Plaintiff:                              Defendant:

Plaintiff's Attorney:                   Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| WMF 1-29-15 (AM) | CONDUCTED PRE-TRIAL HEARING ON FOLLOWING MOTIONS: |
|  | I. IBM MOTION TO COMPEL RE SUCCESSFUL SAP IMPLEMENTATION: DENIED AS TO REQUEST FOR PRODUCTION 1-7, page 4 of 3rd R/P. Admitted Ct only Exhibits #1 & 2. Granted as to Chris Boone bonus. |
|  | II. IBM MOTION TO STRIKE P's 2d Supplemental Petition: DENIED |
|  | III. SCHEDULING ORDER DEADLINES: |
|  | (A) MOTIONS TO COMPEL, except as to 3/16 discovery: 2/10 |
|  | (B) IBM INSPECTION: 2/15 |
|  | (C) WRITTEN DISCOVERY: 3/16 |
|  | (D) Oral Depos.: 3/31 |
|  | (E) P PLEADING: 2/4 |
|  | (F) D PLEADING: 2/13 |
| (AM) | IV. IBM MOTION FOR PARTIAL S/J ON LUFKIN'S Reliance-Based C/A - Fraudulent Inducement, String-along Fraud & Negligent Misrepresentation: • SIGNED ORDER Granting Leave for π to File Additional S/J Evidence in Support of Response. • Also granted Δ IBM Leave to file upon S/J evidence presented in its Motion for Partial S/J re Breach of Fiduciary claim |
| 2-9-15 | Signed Order Granting Leave to IBM re S/J evidence - RW |
| 2-9-15 | Sent letter to Counsel re Trial Notice: May 4 or 18th - RW |

13

# CIVIL DOCKET SHEET

Date:

Cause: CV-02073-13-02

Action:

Plaintiff:

Plaintiff's Attorney:

Style: LUFKIN INDUSTRIES, INC
v.
IBM

Defendant:

Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 5-26-15 | RESUMED Pre-Trial Hearing on following Motions: |
| | #1: P's Motion to Compel Documents from D, IBM RE Compensation of Evaluation & Implementation Teams; and |
| | P's Motion for Sanctions, supplement to LI response to IBM Motion for S/J on its Affirmative defense of Contractual Limitation of Liability; and |
| | P's 2nd Motion to Strike IBM S/J evidence; |
| | #2: IBM Motion to Compel |
| | #3: P's Motion to Compel Documents from IBM |
| | #4: IBM's Motion for Partial Summary Judgment on Lufkin's Negligence c/A for Negligent Misrepresentation and professional negligence — AD |

# CIVIL DOCKET SHEET

Date:

Cause: CV-02073-13-02

Action:

Plaintiff:

Plaintiff's Attorney:

Style: LUFKIN INDUSTRIES, INC
v.
INTERNATIONAL BUSINESS
MACHINES CORP

Defendant:

Defendant's Attorney:

| Date | Orders of the Court |
|---|---|
| 3-24-15 | Conducted Pre-Trial Hearing on following Motions: |
| | 1) (12/29/14 filed) IBM Motion for Partial Summary Judgment on LI Breach of Fiduciary Duty Claim. |
| | 2) (1/5/15 filed) IBM Motion for Partial S/Judgment on LI Breach of Contract Claim. |
| | 3) (1/5/15 filed) IBM Traditional & No Evidence Motion for Partial S/Judgment on LI Fraud Claim |
| | 4) (1/5/15 filed) IBM Motion for Partial S/Judgment on LI Unjust Enrichment Claim. |
| 3-25-15 | Sent I Notice to Counsel re Hearing set for 3-26-15 & 4-1-15. — AU |
| 4-1-15 | Conducted Hearing on following Motions: |
| | (5) IBM Motion for S/J on Affirmative defenses of Contractual Limitations + Non-recovery of Atty Fees; |
| | (6) IBM Motion to Take Judicial Notice of Another State |
| | (7) P's Motion to Strike IBM S/J evidence |
| | (8) IBM's 2nd Motion to Take J/Notice of Law of Another State |
| | (9) P's Motion for Sanction & 2nd Motion to Strike IBM S/J evidence |
| | (10) P's Motion to Strike D's 2/5 Letter Brief |
| | (11) P's 3rd Motion to Strike D's S/J evidence |
| | (12) P's Objections & 4th Motion to Strike IBM S/J evidence |
| | (13) D, Billy Petrou Motion for S/Judgment — AU |
| | |
| | |

# CIVIL DOCKET SHEET

Date:                                    Style: LUFKIN INDUSTRIES v. IBM

Cause: CV-02073-13-02

Action:

Plaintiff:                               Defendant:

Plaintiff's Attorney:                    Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 4-17-15 | Sent L w/ signed Orders on Motions for Partial Summary Judgment: |
| | (1) Denying IBM PSJ on LI Reliance-Based CA for Fraudulent Inducement, Stands-Alone Fraud & Negligent Misrepresentation |
| | (2) Order Granting IBM PSJ on LI Breach Fiduciary Duty Claim |
| | (3) Denying IBM M/PSJ on LI Breach of Contract Claim |
| | (4) Denial IBM Traditional & No-Evidence M/PSJ on II Fraud Claims |
| | (5) Granting IBM Motion for PSJ on LI Unjust Enrichment Claim solely as to Contract C/A |
| | (6) Denying IBM M/PSJ on II as to Alternative c/k to Breach of Contract |
| | (7) Granting IBM M/PSJ on II Claim for Professional Negligence |
| | (8) Denying IBM M/PSJ on II Claim for Negligent Misrepresentation |
| | (9) Denying IBM M/PSJ on Affirmative Defenses of Contractual Limitation of Liability, Atty Fees & J/Notes of Law & Adoption State |
| | (10) Denying D, Billy Potters Traditional & No Evidence M for S/J on II Breach of Contract Claim |
| | |
| | |
| | |

16

# CIVIL DOCKET SHEET

Date:

Cause: CV-02073-13-02

Action: CIVIL

Plaintiff:

Plaintiff's Attorney:

Style: LUFKIN INDUSTRIES
v.
IBM

Defendant:

Defendant's Attorney:

| Date | Orders of the Court |
|---|---|
| WMP 4-20-15 | CONDUCTED HEARING ON MOTIONS TO EXCLUDE EXPERTS: |
| | 1) IBM MOTION TO EXCLUDE HANF SARANGI |
| | 2) IBM MOTION TO EXCLUDE MOHAN RAO |
| | 3) P/LI MOTION TO EXCLUDE TODD SCHOETTELKOTTE |
| | 4) IBM MOTION TO EXCLUDE BROOKS HILLIARD |
| | 5) P/LI MOTION TO EXCLUDE TWILA DAY |
| | 6) P/LI MOTION TO EXCLUDE JIM MOTTERN |
| | 7) IBM WITHDREW CHALLENGES TO ROSEMARY Lee |
| | & ROBERT PUFFENBERGER |
| | |
| | ADDITIONAL ORDERS: |
| | 1) P/LI TO DESIGNATE IBM WITNESSES NEEDED for TRIAL & D/IBM TO DESIGNATE LI WITNESSES NEEDED FOR TRIAL: 4/22/15, SO THAT DEPO DESIGNATIONS MAY BE DOCKETED IF WITNESS BEYOND SUBPOENA RANGE. |
| | 2) RESPONSE TO #1 DUE ON 4/23/15 W/ DEPO DESIGNATIONS ON 4/27/15. OBJECTION TO DEPOS & REBUTTAL DESIGNATIONS DUE 4/29. |
| | 3) VOIR DIRE LIMITATIONS: 1½ HR EACH PARTY (P/LI & IBM) |
| | 4) O/STATEMENT LIMITATIONS: 1 HR EACH PRIMARY PARTY |
| | 5) DS TO ADVISE IF DESIRE SEPARATE PEREMPTORY CHALLENGES |
| | 6) CT TO ADVISE LIMITATION OF TRIAL BY LTR. |
| | |
| 4-22-15 | SENT LETTER TO COUNSEL W/ ORDERS DENYING MOTION TO EXCLUDE —PW |

# CIVIL DOCKET SHEET

Date:                                    Style: LUFKIN INDUSTRIES, INC
                                                v.
Cause: CV-02073-13-02                          IBM

Action:

Plaintiff:                               Defendant:

Plaintiff's Attorney:                    Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| WMZ 4-27-15 | CONDUCTED HEARING ON PRE-TRIAL MOTIONS: |
| | I. IBM NO-EVIDENCE MOTION FOR PARTIAL SUMMARY JUDGMENT |
| | II. L/I MOTION IN LIMINE |
| | III. IBM MOTION IN LIMINE |
| | CONFIRMED FOLLOWING DEADLINES: |
| | (1) DEPOSITION OBJECTIONS: 4-30 |
| | (2) EXHIBIT LISTS: 4-30 |
| | (3) WITNESS LISTS: |
| | CONFIRMED FOLLOWING VOIR DIRE ISSUES |
| | (1) π - 40 MINUTES |
| | (2) Δ - 90 MINUTES |
| | (3) OTHER DS - 30 MINUTES |
| | (4) 6 STRIKES PER SIDE; Δs STRIKE TOGETHER |
| | CONFIRMED TRIAL TIME LIMITATIONS |
| | (1) π O/STATEMENT: 60 MINUTES |
| | (2) Δ O/STATEMENT: 60 MINUTES |
| | (3) 40 hrs each side for EVIDENCE |
| | 8:30-9:45; 10:00-11:00; 11:15-NOON; 1:15-2:30; 2:45-4:00; 4:15-5 PM |
| 4-30-15 | SIGNED ORDER DENYING IBM MOTION FOR NO EVIDENCE PARTIAL SUMMARY JUDGMENT |
| | SIGNED ORDER ON P's/L/I MOTION IN LIMINE |
| | SIGNED ORDER ON D/IBM MOTION IN LIMINE |
| | Sent L to COUNSEL W/ ORDERS - RW |

Date:              Style:   LUFKIN INDUSTRIES, Inc
                                                V.

Cause: CV-02073-13-02               IBM, et al

Action:

Plaintiff:                      Defendant:

Plaintiff's Attorney:         Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 4-30-15 | CONDUCTED TELEPHONIC CONFERENCE Pre-Trial hearing: (1) EXHIBIT EXCHANGES ORDERED IN ACCORD W/ ASREED DCO, i.e. by MONDAY w/ INDIVIDUAL LABELS (2) EXTENDED DAILY WITNESS DISCLOSURE TO 24 hrs PRIOR TO APPEARANCE; (3) EACH PARTY TO PROVIDE INDEPENDENT CT. REPORTER & ABSENT STIPULATION, IMPEACHMENT SOLELY BY 159TH REPORTER. (4) IBM VERIFICATION TO INTERROGS ANSWERS DEEMED BINDING ON PARTY (5) DEPOSITION DESIGNATIONS/OBJECTIONS DUE 5 PM FRIDAY: 5/1/15 (6) VOIR DIRE EXHIBIT DISCLOSURES BY NOON FRIDAY: 5/1/15; OBJECTIONS BY NOON SATURDAY: 5/2/15. (7) O/STATEMENTS EXHIBIT DISCLOSURES BY MONDAY: 5/4/15 — AW |
| 5-1-15 | CONDUCTED T/CONFERENCE HEARING re FINAL SCHEDULING ISSUES & FORMAT for EXHIBIT LISTS. |
| 5-4-15 | CONDUCTED JURY SELECTION: PANEL WAS SWORN & QUALIFIED; denied objections to IBM demonstrative aids; COUNSEL CONDUCTED VOIR DIRE EXAMINATION; GRANTED 1½ CHALLENGES to #16/17; denied as to #20 — AW |

# CIVIL DOCKET SHEET

**Date:** 02/05/2013
**Cause:** CV-02073-13-02
**Action:** Contract - Other

LUFKIN INDUSTRIES, INC. VS
INTERNATIONAL
BUSINESS MACHINES CORP. AND KAT
& ASSOC.
INC. D/B/A FIDELIS ENTERPRISE
SOLUTIONS

**Plaintiff:**

LUFKIN INDUSTRIES

**Attorney:**

SCOTT C. SKELTON

**Defendant:**

INTERNATIONAL BUSINESS
MACHINES, CORP.
KAT & ASSOCIATES, INC.
REQUIS LLC
BILLY PETERS
SAP AMERICA INC

**Attorney:**

R. PAUL YETTER

ALAN L. BUSCH
RONALD W. JOHNSON
K. SCOTT BRAZIL

| DATE | ORDERS OF THE COURT |
|---|---|
| 5-4-15 | Continuation... After strikes made + jury seated, denied P's Batson challenges to D's strike of #1,2,11 & 15. Jury was sworn + instructed, recessing until 8:30 AM on 5-5-15 - AN |
| 5-4-15 | Signed Order on IBM objections to Montek depo - AN |
| 5-5-15 | Signed Order on LI objections to Montek depo - AN |
| 5-5-15 | Resumed Trial: Jury was instructed + Counsel for P & D presented opening arguments; P presented evidence: (1) Juan Gonzalez; admitted P#2186, 2479, 2481; recessed noon, resuming @ 1:23pm; admitted D#116; admitted P#0696, D#1700, P#2737, 2738, 0026, 0020, 2190; admitted D#0047, P#2024; recessed 5pm, to resume @ 8:30 AM - AN |
| 5-5-15 | Signed (2) Orders re Objections to Depo Designations: (1) David Baister; (2) John Hausknecht - AN |

# CIVIL DOCKET SHEET

**Date:** 02/05/2013
**Cause:** CV-02073-13-02
**Action:** Contract - Other

LUFKIN INDUSTRIES, INC. VS
INTERNATIONAL
BUSINESS MACHINES CORP. AND KAT
& ASSOC.
INC. D/B/A FIDELIS ENTERPRISE
SOLUTIONS

**Plaintiff:**

LUFKIN INDUSTRIES

**Attorney:**

SCOTT C. SKELTON

**Defendant:**
INTERNATIONAL BUSINESS
MACHINES, CORP.
KAT & ASSOCIATES, INC.
REQUIS LLC
BILLY PETERS
SAP AMERICA INC

**Attorney:**
R. PAUL YETTER

ALAN L. BUSCH
RONALD W. JOHNSON
K. SCOTT BRAZIL

| DATE | ORDERS OF THE COURT |
|------|---------------------|
| 5-6-15 | RESUMED TRIAL: ① JANE GONZALEZ; 8:45 admitted P# 1599, admitted D#1, ② KATHLEEN PIONTEK depo; 11:20 admitted P#2737a; recessed @ 12:15pm for lunch, resuming @ 1:40pm ③ MARK CASEY; 1:40 admitted Dx Exhibit 0109A, 048, admitted P - 4312, 5278, admitted Dx -1256, admit D#108 (subject to redactions), D# 256, 263, 614, recessed @ 5:00pm, to resume @ 8:30am - RW |
| 5-6-15 | SIGNED ORDER on Objections to MIKUCKI deposition - RW |
| 5-7-15 | RESUMED TRIAL: ④ DAVID BRICKER depo; 8:35 admitted Px 664, 686, 701, 38; admitted Dx 0103; ⑤ CARL BOONE; 10:19 admitted Dx 0050, P#3818, 0026, admitted Dx #173A (subject to completeness additions); recessed for lunch @ NOON, resuming @ 1:25pm; Dx 6; Px 0262; Dx 0011; Px 1050; Dx 102, 133, 196, 210, 172, 41, 173, recessed at 5:00pm - RW |

21

# CIVIL DOCKET SHEET

**Date:** 02/05/2013
**Cause:** CV-02073-13-02
**Action:** Contract - Other

LUFKIN INDUSTRIES, INC. VS
INTERNATIONAL
BUSINESS MACHINES CORP. AND KAT
& ASSOC.
INC. D/B/A FIDELIS ENTERPRISE
SOLUTIONS

**Plaintiff:**

LUFKIN INDUSTRIES

**Attorney:**

SCOTT C. SKELTON

**Defendant:**

INTERNATIONAL BUSINESS
MACHINES, CORP.
KAT & ASSOCIATES, INC.
REQUIS LLC
BILLY PETERS
SAP AMERICA INC

**Attorney:**

R. PAUL YETTER

ALAN L. BUSCH
RONALD W. JOHNSON
K. SCOTT BRAZIL

| DATE | ORDERS OF THE COURT |
|------|---------------------|
| 5-7-15 | Signed Agreed Order for Supplemental Juror Pay - RW |
| 5-8-15 | Resumed Trial: Jury informed of Boone absence for employment responsibilities; ⑥ Christina "Tina" Peavey; 8:37 admitted P# 4018, 4083; Dx 0444; Px 4022, ⑤ Chris Boone; 10:05 admitted Dx 248, 340, 4,5,7,8,9, 10,11,12, 797, 843, 842, 1141, 1376 (unredacted), 1380, 1450, Px 2883, released for lunch @ 12:15, resuming @ 1:35pm. Admitted Px 1518 (Clarified ruling! Dx 173 admitted as to pages 287-294 only) ⑥ Christina Peavey; 3:10 admitted Px 4056; Dx 0593; Px 2202, 5977; Dx 0824 Dx 0992, 1017; Px 5978; Dx 1168; Px 4575; recessed @ 4:50pm, to return @ 8:30 on 5-11-15. - RW |
| 5-9-15 | Signed Order on Objections to William Bury depo - RW |
| 5-11-15 | Resumed Trial: Outside presence of Jury, granted supplemental designation of IBM to Bury depo. |

22

# CIVIL DOCKET SHEET

Date:

Cause: CV-0L073-13-02

Action:

Plaintiff:

Plaintiff's Attorney:

Style: Lufkin Industries
v.
IBM

Defendant:

Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 5-11-15 | CONTINUATION... WILL REVIEW RULING ON OBJECTIONS to Berry deposition after review of Exhibit #6 &7. Also admitted for substitution: Dx #109 w/ redactions. Admitted Dx 173 in entirety (in substitution of 173A) Upon return of jury, resumed w/ Cross-X of (6) Christopher Peavy; 8:30 admitted Dx #237, 1004, 998 (except pages 52), 521, Dx609, 861, 478, 546, 1084, 1090, 1091, 1147, 1167, 904, 1287, Dx 1400, 1346, 1568, 1567; recessed for lunch @ 11:50, resumed @ 1:20 PM. Admitted Px 0443, 41, 42, 2920; (7) Jay Gluck; 2:02 admitted Dx 243, 15 (w/ optional completeness as to remaining portions of "Blue Print" by P), Dx 15/9 (conditioned in compliance w/ In Limine ruling); Outside presence of jury 4:25 - Confirmed In Limine ruling re G/E exclusion; |
| 5-12-15 | Resumed Trial: (8) Christopher Alan Mikucki depo; 8:38 admitted Px # 2014, 1352, 1402, 1951, 1985, 0397, 2045; admitted Dx #0352, 0802; admitted Px 5602 in entirety; (9) Robert Portanova; 10:46 recessed for lunch @ 10:57 to resume @ 1:20. Outside presence of jury made ruling re Berry depo: permitted 28:7-24; 184:8 - 185:9; 185:18 - 186:9; excluded 149:14-15. Resumed w/ Witness #9 @ 1:33 pm; (10) Angela McCarty; 3:44 admitted Dx 097, 2207 w/ redaction of printing date; retired Jury to resume @ 8:30 AM - AN |
| 5-12-15 | Signed 2nd Supplemental Order on Berry depo - AN |

# CIVIL DOCKET SHEET

Date:

Cause: CV-02073-13-02

Action:

Plaintiff:

Plaintiff's Attorney:

Style: LUFKIN INDUSTRIES v. IBM

Defendant:

Defendant's Attorney:

| Date | Orders of the Court |
|---|---|
| 5-13-15 | Resumed Trial: (10) ANGELA McCARTY; 8:35 admitted Px 4592, Px 3893; Dx 1536; Px 4626, 5975, 5976; DX 0355, 0423, 04696, 0800 (page 130 only), 1094, 0733, 0384, 1709 (Cond. trouar upon Native file Bates #), 1380, 1347; (11) HANIF SALAHI; 11:03 resumed after lunch, 12:00 - 1:26 pm; Px 1954, 1267, 1148, 1415, 1399; Cross exam @ 2:59 pm; ADMITTED Dx 0794, 1138; (12) TIM COKER; 4:03 recessed @ 5:00 pm to resume @ 8:30 AM. |
| 5-14-15 | Resumed Trial: outside presence of Jury, D moved for Admission of "Court only Exhibit #1" re Dx 1700 video clips of Sales presentations & deposition offers; delayed admission pending P review of transcripts. Resumed w/ (12) TIM COKER; 8:42 admitted Px 486, 0125; Dx 600, 1624, 18, 99, 138; outside presence of Jury D made offer of proof re Dx 0020 & Dx 0174 w/ testimony of Coker; denied admission. Admitted Dx 488 (pages 28-37 only), 1623, 378, 388, 481, 510, 583, 628, 724, 474, 539, 521, 665. Recessed for lunch @ noon, resuming @ 1:34 pm. Admitted Dx 519, 518, Px 1967, Dx 740, 1378, 269 (pages 3,4,19+20), (13) REGINA THOMPSON; 3:16 admitted Px 3368, 3654, Dx 653, 773, 928, 564, 1183, 927, 1087, 1144, 1210, 1286, 1273, 1279, 1396, 1437; recessed @ 5:10 pm, to resume @ 8:30 - AW |
| 5-15-15 | Resumed Trial: (14) DEVEN BENEY depo; 9:12 admitted Px 1139, P 1400; Dx 0339; Px 1823 & Px 1077 (after redact out impeachment) - AW |

# CIVIL DOCKET SHEET

Date:

Cause: CV-02073-13-02

Action:

Plaintiff:

Plaintiff's Attorney:

Style: LUFKIN INDUSTRIES
v.
IBM

Defendant:

Defendant's Attorney:

| Date | Orders of the Court |
|---|---|
| 5-15-15 | CONTINUATION... ⑮ Dr. Mohan Rao; 11:00 admitted Px 5979, 5983, 5984; ⑯ Rosemary Lee 3:28 admitted Dx 1023, 1208, 1203, 1324, 325, 364; recess by C 5:00pm. Outside presence of Jury, ordered Serena designations by 5pm on Saturday, w/ objections by Neon Moody; Group Exhibit 1 continuations by Tuesday from Petty — AU |
| 5-17-15 (5:15pm) | T/C hearing w/ Counsel re Absence of Corp Rep for trial, (No Ct. depostion). Issue: Substitute designations of IBM Corp Rep & whether Frank Phua permitted to testify re ICA. Will resume @ 8:30pm. |
| 5-17-15 | Signed Order on Objections to One Depo — AU |
| 5-17-15 | Signed Order on Objections to Wheeler depo — AU |
| 5-17-15 | Conducted T/C hearing, w/o reporter, re objections to Trial subpoena; Denied, but limited IBM Corp rep scope to items 2,3,10 & 11; granted leave for IBM Corp rep to testify Tuesday AM, followed by TI witness Patrick; Denied designations of Frank Phua as witness, w/ D to cut Serena depo — AU |
| 5-18-15 | Resumed Trial! Outside presence of jury, confirmed rulings on 5-17-15: (1) D may use Serena depo; (2) Corp Rep fact docs to be used on Corp Rep Trial subpoena on Exhibit "A" Items 2,3,10 & 11; (3) Only other matters pending (a) LI Motion to exclude Frank Phua; (b) LI objection to Serena depo offer. |

25

# CIVIL DOCKET SHEET

Date:

Cause: CV-02073-13-02

Style: LUFKIN INDUSTRIES v. IBM

Action:

Plaintiff:                              Defendant:

Plaintiff's Attorney:                   Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 5-18-15 | CONTINUATION ... Upon return of Jury ... TT ADMITTED EVIDENCE: (17) CLAYTON E. DANC, JR.; 8:55 (18) JOHN CLOUSBROUGH depo; 9:42 admitted Px 568 & Dx 056 & 0065; interrupted TTh conf w/ explanation about camp rep of D withdrew. D presented evidence! (19) John Wheeler; 11:06 recessed for lunch @ noon, resuming @ 1:35 pm w/ Wheeler depo; admitted Dx 0876, 1184, 1193, 1301, 1506; admitted Px 320; (20) Terry Orr deposition; 2:44 admitted Dx 0202, 0237, 0249, 0260, 0773. RECESSED @ 3:38, to return @ 8:30 AM. Outside presence of Jury TP, LI, presented (2) Motion re matters heard by TC on 5-17-15: (I) Motion to include Paulen depo; (II) Motion to Exclude Deposition Testimony of Skeens (I) GRANTED, pending review of Skeens depo; (II) denied. |
| 5-19-15 | RESUMED Trial: Outside presence of Jury, ADMITTED D, Lufkin Ct only Exhibit #1 & 2; D, IBM Court only #1 — AN PRESENTED EVIDENCE: (21) Anthony Gidlebone, 8:45 Admitted Dx 0756; Dx 0781, Px 2672, 0516, 02677, 2743; Dx 1599, Px 221, 406, Px 0194, 0234, 0208, 1286 (Gidlebone subject to individual review) Px 233, RECESSED @ 11:43 for lunch, to return @ 1:00 PM —. Outside presence of Jury, permitted Skeens depo to be played in TI's case & withdrawal of Px # re Fidelity Billing — AN |

# CIVIL DOCKET SHEET

Date:

Cause: CV-02073-13-02

Style: LUFKIN INDUSTRIES
v.
IBM

Action:

Plaintiff:                              Defendant:

Plaintiff's Attorney:                   Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 5-19-15 | CONTINUATION... (22) KENNETH PATRICK; admitted Dx 829, Px 3545; 233; (23) ERIKA BUSBY; admitted Dx 1533 (not page 1); recalled @ 4:50, to resume @ 8:30 AM. |
| 5-20-15 | RESUMED TRIAL: (22) KENNETH PATRICK; 8:51 admitted Px 4552, Dx 1439, 1474 - page (2); admitted Px 5671, 5816, 5817, 5818, 5819 & 5820; admitted Dx 0888 (except pgs 2,3 & 4), RECESSED for lunch, resuming @ 1:33pm. Admitted Dx 1272, 1309, 1352, 1417, Dx 4267 (pages 1-18 & 94-100) Dx 1494 (script page 1), 1606 (w/ redactions), 1596, Dx 1267 (page 39 w/ redactions); (24) ANNIE SATELA depo offer: RECESSED @ 5:00 PM, to resume @ 8:30 AM — RN |
| 5-21-15 | RESUMED TRIAL: CONTINUED w/ Do offer Satela depo; admitted Px 0705; P rested @ 9:41 AM. Outside presence of Jury, heard Do Motion for Directed Verdict: Denied. D presented evidence: 10:05 (25) TONY GIAMBONE; admitted Dx 0816, 0878, 0886, 1085, 1616, 1128, 1280 1426, 780, Dx 13, 502, 525; RECESSED @ NOON, resuming @ 1:35pm. Parties rested + closed @ 2:45; Tony recalled @ 2:10. Outside presence of Jury, IBM presented offer of Proof: (A) Frank Flores; admitted Bates Exhibits (Dx #2,9 & Px # 0824); admitted Lufkin Ct Galxy #3, IBM Ct Only #2, Px 1286, Lufkin Ct only #4, Dx 1606, 1267 & 1494 (2-16); Denied IBM Motion for Directed Verdict Post-evidence. AO |

27

# CIVIL DOCKET SHEET

Date:

Cause: CV-02673-13-02

Action:

Plaintiff:

Style: LUFKIN INDUSTRIES
v.
IBM

Defendant:

Plaintiff's Attorney:

Defendant's Attorney:

| Date | Orders of the Court |
|------|---------------------|
| 5-21-15 | CONDUCTED CHARGE CONFERENCE: (I) Overruled P/I objections & signed Refusal of P requested instruction 1 & 2 (II) Overruled IBM objections, admitted Ct only Dx 100 (pages 1-44) ◆ signed Refusal of written submissions, admitted as Ct only Dx 101-129. |
| 5-22-15 | RESUMED Trial: outside presence of Jury, substituted "mitigation" instruction for Qs 3, 6 & 9 w/o objection. Jury Charge / Instructions was read to Jury. Counsel for P presented opening summation @ 9:47; recessed @ 10:56, resuming @ 11:10 - 12:38; resumed P summation @ 12:51; Jury retired @ 1:16; Juror #13 requested. Px 5979 substituted for prior Exhibit; admitted Ct only #3. Jury recessed @ 5 PM, to return on 5-26-15 @ 8:30 AM - RW |
| 5-26-15 | RESUMED Trial: Jury resumed deliberations @ 8:30; Verdict returned & read in Open Ct; polled jury & 10-2 Verdict which confirmed answers. Discharged Jury & recessed for Post-Trial Motions - RW |
| 8-4-15 | CONDUCTED HEARING for POST-VERDICT Motions: Counsel appeared & made legal arguments. Deferred ruling - RW |
| 8-11-15 | Chambers conferred w/ Counsel; set of ruling on POST-Verdict Motions - RW |
| 9-10-15 | SIGNED FINAL JUDGMENT - RW |

28